MANUFACTURERS TRUST COMPANY, Respondent, *v.* WOLF RECHTMAN et al., Appellants.

(Submitted April 20, 1934; decided May 22, 1934.)

*Max L. Wiesenthal* for appellants.

*Leonard G. Bisco* and *William A. Stern, II,* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts. No opinion.

Concur: POUND, Ch. J., LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: CRANE, J.